**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVANSTON INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                              Case No. 6:10-cv-1844-Orl-31GJK

**LARCON CORPORATION and**
**COUNTRY CLUB POINT**
**CONDOMINIUM ASSOCIATION, INC.,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on the Amended Motions for Default Judgment (Doc. Nos. 15 and 16), filed June 23, 2011.

On June 27, 2011, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motions be granted and that declaratory judgment be entered. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motions for Default Judgment are **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Country Club Point Condominium Association, Inc. and Larcon Corporation.

3.      Declaratory Judgment is hereby **ENTERED** that under the insurance policies at issue Evanston has no duty to defend or indemnify Larcon in the underlying state court lawsuit.

4.      The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 14th day of July, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party